# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GERALDINE TALLEY HOBBY,     )
                       )

        Plaintiff,       )

    v.                      )

GOVERNMENT OF THE DISTRICT     )
OF COLUMBIA, *et al.*,        )
                       )

       Defendants.      )

Case: 1:16–cv–00098 Jury Demand
Assigned To : Unassigned
Assign. Date : 1/20/2016
Description: Pro Se Gen. Civil (F Deck)

## MEMORANDUM OPINION

For purposes of this Memorandum Opinion, the Court consolidates five complaints, each submitted with an application to proceed *in forma pauperis* by the plaintiff on December 21, 2015. The applications will be granted but the complaints will be dismissed.

"[U]nder *res judicata*, 'a final judgment on the merits of an action precludes the parties or their privies from relitigating issues that were or could have been raised in that action.'" *Drake v. FAA*, 291 F.3d 59, 66 (D.C. Cir. 2002) (citing *Allen v. McCurry*, 449 U.S. 90, 94 (1980)) (emphasis omitted). The plaintiff's claims arise from her former employment with the District of Columbia's public school system and her allegedly unlawful termination in 1995. Because these claims were brought or could have been brought in plaintiff's prior lawsuits, *see, e.g., Hobby v. District of Columbia Gov't*, No. 10–1954, 2010 WL 4723419 (D.D.C. Nov. 16, 2010); *Hobby v. District of Columbia*, No. 07-1061, 2007 WL 4233627 (D.D.C. Nov. 27, 2007), the claims are now barred. An Order is issued separately.

DATE: 1/14/2016

_____
United States District Judge